SADIE WALCHER v. STATE.

No. A-326. Opinion Filed April 18, 1911.

Appeal from Canadian County Court; H. L. Fogg, Judge.

Sadie Walcher was convicted of a violation of the prohibition law, and appeals. Dismissed.

R. B. Forrest for plaintiff in error.

Chas. West, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State

PER CURIAM. Plaintiff in error was convicted of a violation of the prohibition law, and sentenced to serve a term of thirty days in the city jail and pay a fine of two hundred dollars. Judgment was entered July 31, 1909, and an appeal was taken to this court. The Attorney General has filed a motion to dismiss the appeal for the reason that a parole was granted to said appellant. The motion to dismiss the appeal is sustained, and the cause remanded to the county court of Canadian county.